Daniel M. Cislo, No. 125,378
Peter S. Veregge, No. 155,769
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Fax: (310) 394-4477
  danielcislo@cislo.com
  pveregge@cislo.com

Jeffrey A. Babener, No. 59099
BABENER & ASSOCIATES
121 S.W. Morrison, Suite 1020
Portland, OR 97204-3140
Telephone: (503) 226-6600
Fax: (503) 226-4290

Attorneys for Plaintiffs,
ENAGIC CO., LTD., ENAGIC USA, INC.
and Third Party Defendant HIRONARI OSHIRO

Edwin D. Hausmann (Cal. Bar. No. 53720)
HAUSMANN & GOLDSTONE, P.C.
11601 Wilshire Boulevard, Suite 1680
Los Angeles, CA 90025
Telephone: (310) 694-5071
Facsimile: (310) 694-5061
Email: edhausmann1@yahoo.com

Attorneys for Defendants/Counterclaimants
Anthony Tseng and A2O Water Company, Inc.
and Third Party Defendant Sanastec International, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENAGIC USA, INC., a California corporation, ENAGIC CO. LTD., a Japanese corporation,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>Anthony Tseng, an individual, A2O WATER, INC., a California corporation,<br><br>　　　　Defendants. | CASE NO. CV10-2079 VBF (RZx)<br><br>**[PROPOSED]** **ORDER OF DISMISSAL** |

And related Counterclaims and Third-Party Claims

# ORDER OF DISMISSAL

The parties, Plaintiffs Enagic USA, Inc. and Enagic Co. Ltd. and Third Party Defendant Hironari Oshiro, Defendants Anthony Tseng and A2O Water Company, Inc., and Third Party Defendant Sanastec International, Inc., have entered into a confidential settlement agreement ("Agreement"), and through counsel have stipulated that this action be dismissed in its entirety, including all of the counterclaims and third party claims, with prejudice, with each party bearing its own attorneys fees and costs, except as may be provided for in the Agreement. The parties have further stipulated that the Court shall retain jurisdiction over this matter for the sole purpose of enforcing the Agreement between the parties.

Therefore, this Court hereby orders this action to be dismissed in its entirety, including the counterclaims, with prejudice, with each party bearing its own attorneys fees and costs, except as may be provided for in the Agreement. The Court shall retain jurisdiction over this matter for the sole purpose of enforcing the Agreement between the parties.

IT IS SO ORDERED,

Dated: April 4, 2011

*Valerie Baker Fairbank*
The Honorable Valerie Baker Fairbank
United States District Court Judge

T:\10-23524\Order for dismissal.DOC

2